UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR-05-144-RHW |
| v. | **ORDER DENYING MOTION TO RECONSIDER** |
| MICHAEL HERMAN SIMONSON, | |
| Defendant. | |

Before the Court is Defendant's Motion to Reconsider Order Denying Defendant's Motion to Suppress, *Inter Alia* (Ct. Rec. 55). A hearing was held on March 15, 2006. Defendant was present and represented by Kimberly Deater; Assistant United States Attorney Jared Kimball appeared on behalf of the Government. This order memorializes the Court's oral ruling.

For the reasons stated at the hearing, **IT IS HEREBY ORDERED** that Defendant's Motion to Reconsider Order Denying Defendant's Motion to Suppress, *Inter Alia* (Ct. Rec. 55) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 20th day of March, 2006.

s/ Robert H. Whaley

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2005\Simonson\reconsider.ord.wpd

ORDER DENYING MOTION TO RECONSIDER * 1