PROB 12B
(7/93)

Report Date: August 1, 2012

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 03 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Michael Herman Simonson    Case Number: 2:05CR00144-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 24, 2006    Type of Supervision: Supervised Release

Original Offense: Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. §§ 2424(b), (e) & (f); 2246(2); 2243(a); Attempted Enticement, 18 U.S.C. §§ 2422(b), 2243(a)

Date Supervision Commenced: September 22, 2012

Original Sentence: Prison - 120 Months; TSR - 120 Months

Date Supervision Expires: September 21, 2022

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Simonson is scheduled to release from the Bureau of Prisons' (BOP) custody on September 22, 2012. At this time, he has no approved release plan in the community to submit for consideration, and is still looking for employment. The above modification would afford Mr. Simonson the opportunity to transition back to the community without the stress of trying to secure housing without an income.

Mr. Simonson has willingly signed the attached waiver of hearing in the presence of the undersigned officer after being informed of his right to a hearing and the right to assistance of counsel.

Prob 12B
Re: Simonson, Michael Herman
August 1, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/01/2012

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/3/2012
Date